**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**IN RE:**
**Juan Manuel Castillo-Gomez,**                                   **USBC NO. 8:24-BK-05942-RCT**
                                                                  **CHAPTER 13**

_____**Debtor./**_____

**CERTIFICATE OF SERVICE OF ORDER GRANTING MOTION FOR**
**RECONSIDERATION**
**(Doc. No. 16)**

   **I HEREBY CERTIFY** that a true and correct copy of the   **Order Granting Motion for Reconsideration and Reinstating Case (Doc. No. 16)** has been furnished either by Regular U.S. Mail or Electronic Notice this **17ᵗʰ** day of **September, 2024**, to **U.S. Trustee**, 501 E. Polk St., Ste. 1200, Tampa, FL 33602; **Kelly Remick, Chapter 13 Trustee,** Po Box 89948, Tampa, FL 33689; and **Juan Manuel Castillo-Gomez, 710 Divot Ln., Kissimmee, FL 34759 ,** and attached ailing matrix.

                                        /s/ Alan Borden_____

                                        Alan Borden, Esq.
                                        Debt Relief Legal Group,
                                        LLC
                                        901 W. Hillsborough Avenue
                                        Tampa, FL 33603
                                        Ph: 813-231-2088
                                        Fx: 813-354-2627
                                        aborden@1800debtrelief.com